FILED

AUG - 2 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19 MJ 5285 NAB |
| CHRISTOPHER WALTON, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America by and through its attorneys Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and James Redd, Assistant United States Attorney for said District, respectfully moves the Court to order that Defendant be detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to 18 U.S.C. §3141, et seq. As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1).

2. On August 1, 2019, Defendant was the subject of a fugitive investigation being conducted by the St. Louis Metropolitan Police Department and the Federal Bureau of Investigation's Fugitive Task Force. After receiving consent to search a residence within the Eastern District of Missouri, law enforcement was able to identify and arrested Defendant. During the arrest, a firearm was recovered from a backpack that law enforcement was told was brought into the residence by Defendant. Defendant later admitted to ownership and possession of the backpack and firearm.

3. Defendant is a convicted felon, having been convicted of burglary in the second

degree and tampering with a motor vehicle in the first degree.

4.     Pursuant to 18 U.S.C. §3142(g), the weight of the evidence against Defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial.

5.     There is also a serious risk that Defendant will flee. Defendant faces a serious charge in this action, and the investigation is ongoing. Further, Defendant was on probation in a state criminal case at the time the firearm was seized in this matter.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ James Redd
JAMES REDD, #66172MO
Assistant United States Attorney